David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde& Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Giuseppe Cirincione, | ) | No. 2:15-cv-2074-SRB |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | ) | |
| Midland Funding LLC, | ) | |
| Defendants. | ) | |

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Giuseppe Cirincione, hereby dismisses this case WITHOUT prejudice as to all parties.

DATED this 30th day of November, 2015.

HYDE & SWIGART

/s/David J. McGlothlin
David J. McGlothlin
Attorneys for Plaintiff

2:15-cv-02074-SRB